UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 25-17904 |
| Diamonique J Thompson | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Michael B. Slade |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER MODIFYING THE PLAN POST CONFIRMATION**

THIS MATTER coming to be heard on the Debtor's MOTION TO MODIFY THE PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest:

IT IS HEREBY ORDERED:

1. Debtor's current Chapter 13 Plan is modified post-confirmation to:

a) Defer the default of $560 to the end of the Plan;

b) Extend the plan term to 60 months;

c) Decrease Debtor's Plan payment to $90 a month beginning November 2026 and then it will increase to $358 a month beginning in October 2027 until the end of the plan and the pot will remain the same.

Enter:

Honorable Michael B. Slade
United States Bankruptcy Judge

Dated: November 03, 2026

**Prepared by:**

David H. Cutler, esq.,
Counsel for Debtor(s):
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600